408 A.2d 530

Commonwealth v. Vozar, Appellant.

 Submitted April 10, 1978. R. Charles Thomas, for appellant; Donald E. Lewis, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J. dissented.

JACOBS, former P. J. and HOFFMAN, J. did not participate in the consideration or decision of this case.